**LAW OFFICES OF JAMES J. REAM**
JAMES J. REAM, ESQ.
Nevada Bar #3573
106 S. Jones Blvd.
Las Vegas, Nevada 89107
E-mail: Jim@reamlaw.net
Telephone: (702) 631-0031
Facsimile: (702) 631-5480
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COUNT**
**DISTRICT OF NEVADA**
* * *

VILMA RODRIGUEZ DE PARRA now known as, BIBIANA RODRIGUEZ,

Plaintiff,

v.

SAM'S WEST, INC., dba SAM'S CLUB, WALMART, INC., DOE SAM'S CLUB EMPLOYEES I-V and/or DOE WALMART EMPLOYEES I-V; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Defendants.

CASE NO.: 2:25-cv-01825-JAD-DJA

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff by and through her counsel, James J. Ream, Esq., and Defendants, by and through their counsel, BURGER, MEYER, & D'ANGELO, LLP that the above-entitled matter be dismissed with prejudice against the Defendants, the parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: _____July 8___, 2026.

*/s/James Ream, Esq.*

James Ream, Esq. (NV Bar 3573)
LAW OFFICE OF JAMES J. REAM
106 S. JONES
Las Vegas, Nevada 89107
*Attorney for Plaintiff*

Dated: _____July 8___, 2026.

*/s/Jessica Recarey-Valenzuela, Esq.*

Jessica Recarey-Valenzuela, Esq. (SBN 16611)
BURGER, MEYER, & D'ANGELO, LLP
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
*Attorneys for Defendants*

1

## <u>ORDER</u>

Based on the stipulation of the parties [ECF No. 13], and with good cause appearing, the Court orders as follows: IT IS HEREBY ORDERED that **this case is dismissed** with prejudice, each party to bear their own attorneys' fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 13, 2026

Respectfully submitted by:

LAW OFFICES OF JAMES J. REAM

*/s/ James J. Ream, Esq.*_____
James Ream, Esq. (NV Bar 3573)
106 S. JONES BLVD.
Las Vegas, Nevada 89107
*Attorney for Plaintiff*

2